C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF:            )         No. B-10-81710  C-13D
Charlie L. Manning, Jr.      )
Debbie C. Manning            )
                             )
        Debtor(s)            )

## ORDER DENYING CONFIRMATION OF PLAN

On January 20, 2011, a hearing was held on the confirmation of the Debtors' proposed plan. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and, no other party appeared. The Court, after considering the proposed plan and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the proposed plan should not be confirmed; therefore, it is ORDERED:

1. Confirmation of the Debtors' proposed plan is denied.

2. The Debtors shall have 30 days from January 20, 2011, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81710 C-13D**

Charlie E. Manning, Jr.
Debbie C. Manning
907 Cartman Dr.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702